

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00104-CV

_____

M. NEIL CUMMINGS, Appellant

V.

CLEO PATRICIA SHELBY, Appellee

On Appeal from the 102nd District Court
Bowie County, Texas
Trial Court No. 13C0842-102

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

# MEMORANDUM OPINION

M. Neil Cummings, appellant, has filed a motion seeking to dismiss his appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).

We dismiss this appeal.

Jack Carter
Justice

Date Submitted:    October 8, 2013
Date Decided:    October 9, 2013